W. H. OSTRANDER (COUNTY BOARD OF EDUCATION OF
UNORGANIZED TERRITORY OF KOOCHICHING
COUNTY SUBSTITUTED AS PLAINTIFF)
v. ANNA E. ERICKSON AND OTHERS.[1]

July 22, 1932.

No. 28,927.

Case followed.

*Junell, Oakley, Driscoll & Fletcher,* for appellant.
*Frank Palmer* and *Jevne & Blomholm,* for respondent.

PER CURIAM.

This case involves the same questions which are involved in a case by the same plaintiff against P. H. Fogarty. 186 Minn. 554, 244 N. W. 56. The defendant Erickson in this case was county superintendent and by virtue of the statute clerk of the school board. This case is decided upon the authority of the Fogarty case.

Judgment affirmed.

[1]Reported in 244 N. W. 57.